[No. 32127-7-I.   Division One.   May 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
FEREIDOON MAHDAVI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05962-9, Bobbe J. Bridge, J., entered
January 15, 1993. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 33075-6-I.   Division One.   May 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RABIH
GEORGE ABOUL-HOSN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03697-1, Frank L. Sullivan, J., entered
July 9, 1993. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Coleman and Becker, JJ.

[No. 33201-5-I.   Division One.   May 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE
SANDOVAL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07686-8, Brian D. Gain, J., entered July
16, 1993. *Affirmed* by unpublished opinion per Webster, J.,
concurred in by Grosse and Becker, JJ.